*RECP # 151117*

# OFFICE OF THE CHAPTER 13 TRUSTEE
### CRAIG SHOPNECK, TRUSTEE
For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio – Eastern Division (Cleveland)

-----------

BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Tel: (216) 621-4268  Fax: (216) 621-4806

October 6, 2010

United States Bankruptcy Court
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Avenue
Cleveland OH 44114

Re:  Arlene Crawford
     Chapter 13 Case No. 06-14446

## TRANSMITTAL OF UNCLAIMED FUNDS

Craig Shopneck, Standing Chapter 13 Trustee, reports the following:

1. The Trustee's Office made the following disbursement; however, either the disbursement has been returned by the U.S. Post Office, or a stop payment has been issued by the Trustee's Office due to the payee's failure to negotiate the check:

    | Case Western Reserve University | Check No. 1236736 | $13.33 |
    
    c/o John Reilly, Office of Counsel
    10900 Euclid Avenue
    Cleveland OH 44106-7041

2. Because the above captioned case has been completed, we are hereby enclosing a check in the amount of $13.33 payable to the Clerk of the United States Bankruptcy Court for deposit into the Court's depository account.

Please contact me at extension 125 if you have any questions regarding the remittance.

Debbie Plaga
Claims and Internal Operations Manager

FILED 2010 OCT 13 PM 2:02 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND